UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERNESTO RIVERA,<br>                Defendant. | 24-CR-574-2 (DEH)<br><br>REVISED SCHEDULING ORDER |

DALE E. HO, United States District Judge:

    IT IS HEREBY ORDERED that the change of plea hearing in this matter, previously scheduled for January 29, 2025, at 3:00 p.m., is RESCHEDULED for **January 30, 2025, at 11:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: January 24, 2025
       New York, New York

                                                  DALE E. HO
                                        United States District Judge